# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2007

Clifford W. Taylor,
Chief Justice

133723(24)(25)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RONALD CRANICK,
        Plaintiff-Appellee,

v

        SC: 133723
        COA: 272296
        WCAC: 04-000080

TRANSPORTATION DESIGN &
MANUFACTURING, INC., and RELIANCE
INSURANCE COMPANY (INSOLVENT)/
MICHIGAN PROPERTY & CASUALTY
GUARANTY ASSOCIATION,
        Defendants-Appellants,

and

MARTIN TRANSPORT COMPANY and
LEGION INSURANCE COMPANY
(INSOLVENT)/MICHIGAN PROPERTY &
CASUALTY GURANTY ASSOCIATION,
TRANSFORCE, INC., and LIBERTY MUTUTAL
INSURANCE COMPANY,
        Defendant-Appellees.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of the motion for reconsideration is considered, and the motion for reconsideration is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2007

Clerk